IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| GREENFIELD CHILDRENS PARTNERSHIP, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 11-81270-CV- |
| | ) MIDDLEBROOKS/JOHNSON |
| v. | ) ) |
| FRIENDFINDER NETWORKS, INC., et al., | ) ) |
| Defendants. | ) |

**JOINT MOTION TO EXCUSE RESPONSES TO INITIAL COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE FOR AMENDED COMPLAINT**

Plaintiff Greenfield Childrens Partnership ("Plaintiff") and Defendants FriendFinder Networks Inc. ("FFN"), Imperial Capital LLC ("Imperial"), and Ladenburg Thalmann & Co. Inc. ("Ladenburg") hereby move this Court for an Order: (i) excusing Defendants from having to respond to the initial complaint (the "Complaint"); (ii) extending the time to file an amended complaint (the "Amended Complaint") until thirty days after the Court appoints a lead plaintiff and lead counsel; and (iii) establishing a briefing schedule for the responses to the Amended Complaint. In support, Plaintiff and Defendants state as follows:

1. Plaintiff filed this action on November 14, 2011 seeking to represent a class of investors who purchased FFN common stock pursuant to FFN's public offering in May 2011. . The Complaint asserts claims under the Securities Act of 1933.

2. FFN's and Ladenburg's deadline to answer or otherwise respond to the Complaint is December 22, 2011. Imperial's deadline to answer or otherwise respond to the Complaint is January 5, 2012.

3. In a securities class action, the district court is required to appoint a lead plaintiff and lead counsel, but the deadline in this action for members of the purported class to file a motion seeking to be appointed lead plaintiff is not until January 17, 2012. *See* 15 U.S.C. § 77z-1(a)(3)(A)(i)(II) (stating that within sixty days of when original plaintiff publishes notice announcing lawsuit any member of purported class may file motion seeking to be appointed lead plaintiff).

4. Plaintiff, FFN, Imperial and Ladenburg anticipate that the lead plaintiff and lead counsel will, once appointed, file an Amended Complaint. Accordingly, FFN, Imperial, and Ladenburg request that the Court excuse them from having to respond to the Complaint.

5. In addition, Plaintiff, FFN, Imperial and Ladenburg propose the following schedule for the Amended Complaint and responses thereto:

   a. The Amended Complaint is to be filed and served thirty days after entry of the order appointing a lead plaintiff and lead counsel;

   b. Any responses to the Amended Complaint (including motions to dismiss) are to be filed and served thirty days after service of the Amended Complaint;

   c. Any oppositions to the motions to dismiss are to be filed and served thirty days after service of any motions to dismiss; and

   d. Any replies in support of motions to dismiss are to be filed and served twenty days after service of any oppositions to the motions to dismiss.

6. This Court is vested with broad discretion to grant the relief requested. *See, e.g., Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them."); *see also Moore v. Potter*, 141 F. App'x 803, 807 (11th Cir. 2005) (finding district court did not abuse its

discretion in enlarging time pursuant to Rule 6(b)); *Danger v. Wachovia Corp.*, 10-61818-CIV, 2011 WL 1743763, at *4 (S.D. Fla. May 6, 2011) (noting that courts "possess[] broad discretion to determine how best to manage a case, including discovery and scheduling matters" and granting extension of time).

7. Similar orders have been entered by judges in this District in other securities class actions. *See, e.g.*, *Waterford Township Gen. Emp. Ret. Sys. v. BankUnited Fin. Corp.*, Case No. 08-CIV-22572-COOKE (excusing defendants from responding to initial complaint and adopting extended response deadline to amended complaint); *Miyahira v. Vitacost.com*, Case No. 10-cv-80644-RYSKAMP (establishing extended briefing schedule for response to amended complaint); *see also Hanlin v. Dyadic Int'l, Inc.*, No. 61544-CIV-DIMITROULEAS (stating that "[i]t would be an unnecessary duplication of effort and a waste of judicial resources for Dyadic to respond to the current complaints").

8. This motion is made in good faith and is not for the purpose of gaining undue advantage or delaying these proceedings. Granting the requested relief will promote the efficient resolution of this litigation.

WHEREFORE, Plaintiff, FFN, Imperial and Ladenburg respectfully request that the Court enter the briefing schedule described above.

Dated: December 19, 2011

///

///

///

Respectfully submitted,

By:/s/ Scott L. Adkins
Scott L. Adkins
Delaware Bar No. 3923
sadknins@menzerhill.com
Gary S. Menzer
Florida Bar No. 0060386
gmenzer@menzerhill.com
**MENZER & HILL, P.A.**
2200 NW Corporate Blvd., Suite 406
Boca Raton, FL 33431
Tel. (561) 327-7206
Fax: (561) 431-4611


Rachelle R. Bocksch
Florida Bar No. 151823
boksch@simon-trial.com
**SIMON & BOCKSCH**
1001 Brickell Bay Drive, Suite 1200
Miami, FL 33131
(305) 375-6500 (phone)
(954) 629-4888 (fax)


Jeffrey C. Block
Jeff@blockesq.com
Jason M. Leviton
Jason@blockesq.com
Whitney E. Street
Whitney@blockesq.com
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 1303
Boston, MA 02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020

*Attorneys for Plaintiff*
*Greenfield Childrens Partnership*

By: /s/Tracy Nichols
Tracy Nichols
Florida Bar No. 454567
tracy.nichols@hklaw.com
Stephen P. Warren
Fla. Bar No. 788171
stephen.warren@hklaw.com
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel:  (305) 374-8500
Fax:  (305) 789-7799

*Attorneys for Defendant FriendFinder*
*Networks Inc.*

By:/s/Lewis F. Murphy
Lewis F. Murphy
Florida Bar No. 308455
lewis.murphy@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Tel: (305) 577-7000
Fax: (305) 577-7001

*Attorney for Defendants Imperial Capital LLC*
*and Ladenburg Thalmann & Co. Inc.*