UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GREENFIELD CHILDRENS PARTNERSHIP, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORK, INC., LADENBURG THALMANN & CO., INC., IMPERIAL CAPITAL LLC, MARC H. BELL, DANIEL C. STATON, EZRA SHASHOUA, ANTHONY PREVITE, ROBERT BRACKETT, ROBERT B. BELL, BARRY W. FLORESCUE, JAMES LACHANCE, TOBY E. LAZARUS, and JASON SMITH,<br><br>                Defendants. | Case no. 9:11-cv-81270-DMM |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE INVESTOR NOTICE PUBLISHED PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT**

On December 19, 2011, the parties filed a joint motion requesting that the Court: (i) excuse Defendants from filing a Response to Plaintiff's Complaint; (ii) extend the time to file an Amended Complaint until thirty days after the Court appoints a lead plaintiff and lead counsel for this matter; and (iii) establish a briefing schedule for Defendants' Responses to Plaintiff's Amended Complaint (the "Joint Motion").

On December 22, 2011, the Court issued the Order on Joint Motion to Excuse Responses to Initial Complaint and to Establish Briefing Schedule for Amended Complaint (the "Order") denying the Joint Motion without prejudice. In the Order, the Court noted:

> [T]he docket does not reflect that Plaintiff published a notice that satisfies the requirements set forth in section 77z-1(a)(3)(A). In order for the Court to comply

1

> with section 77z-1(a)(3)(B), I must be informed of the date that the notice was published under subparagraph (A)(I) . . . . Without any information substantiating the Parties' representation that Plaintiff filed proper notice, I am unable to appoint a lead plaintiff in this matter.

Order at 4. Plaintiff therefore respectfully requests leave to file the investor notice published in this matter pursuant to the Private Securities Litigation Reform Act, true and correct copies of which are submitted herewith as exhibits to the Declaration of Scott Adkins, Esq.[1]

**CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)**

Plaintiff's counsel made reasonable efforts to confer with defense counsel but was unable to reach defense counsel. To that end, Plaintiff's counsel sent e-mails to defense counsel of record, seeking their consent to this motion. Counsel for the Underwriter Defendants, Imperial Capital, LLC and Ladenburg Thalman & Co., Lewis Murphy, Esq., communicated that his clients do not object. Counsel for Defendant FriendFinder Networks, Inc., Tracy Nichols, Esq., communicated that her client does not object.

DATED:  December 24, 2011                         By:  /s/ Rachelle R. Bocksch

**SIMON & BOCKSCH**

Rachelle R. Bocksch
bocksch@simon-trial.com
Florida Bar No. 151823
1001 Brickell Bay Drive, Suite 2908
Miami, FL 33131
(305) 375-6500 (phone)
(954) 629-4888 (facsimile)

**MENZER & HILL, P.A.**
Scott Adkins (admitted *pro hac vice*)
Delaware Bar No. 3923
2200 NW Corporate Blvd.
Suite 406
Boca Raton, FL 33431

---

[1] On November 15, 2011, counsel for plaintiff issued a press release via PR Newswire announcing the filing of this action and notifying investors of the lead plaintiff deadline. On December 5, 2011, counsel for plaintiff published a supplemental notice correcting the lead plaintiff deadline from January 16, 2011 to January 17, 2011, in order to account for the observance of the federal holiday, Martin Luther King, Jr. Day. Both press releases are included as exhibits to the Declaration of Scott Adkins, Esq. submitted herewith.

        Telephone:  (561) 327-7200
        Facsimile:  (561) 431-4611
        sadkins@menzerhill.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Whitney E. Street
Scott E. Mays
155 Federal Street, Suite 1303
Boston, MA  02110
Telephone:  (617) 398-5600
Facsimile:  (617) 507-6020

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 24, 2011, I electronically filed the foregoing document with the Clerk of the Court, using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel listed below via transmission of Notices of Electronic Filing generated by CM/ECF:

Lewis F. Murphy (CM/ECF)
**SQUIRE, SANDERS & DEMPSEY (US), LLP**
200 South Biscayne Blvd., Suite 4100
Miami, FL 3313

*Attorneys for Defendants Imperial Capital, LLC
and Ladenburg Thalman & Co., Inc.*

Tracy A. Nichols (CM/ECF)
Stephen P. Warren (CM/ECF)
**HOLLAND & KNIGHT, LLP**
701 Brickell Avenue, Suite 3000
Miami, FL 33131

*Attorneys for FriendFinder Networks, Inc.*

        /s/ Rachelle R. Bocksch