# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| GREENFIELD CHILDREN'S PARTNERSHIP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS INC., LADENBURG THALMANN & CO., INC., IMPERIAL CAPITAL LLC, MARC H. BELL, DANIEL C. STATON, EXRA SHASHOUA, ANTHONY PREVITE, ROBERT BRACKETT, ROBERT B. BELL, BARRY W. FLORESCUE, JAMES LACHANCE, TOBY E. LAZARUS, and JASON SMITH,<br><br>Defendants. | **Case No. 9:11-CV-81270 MIDDLEBROOKS/VITUNAC** |

**GREENFIELD AND SCHWARTZ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

Greenfield Investment Services LLC, Greenfield Children's Partnership, and David Schwartz (collectively "Greenfield and Schwartz" or "Movants"), by and through their undersigned counsel, hereby move this Court pursuant to the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order: (1) appointing Greenfield and Schwartz as Lead Plaintiff on behalf of all purchasers of FriendFinder Networks Inc. securities purchased pursuant and/or traceable to the Company's May 11, 2011 Initial Public

Offering and (2) approving Movants' selection of the law firm Block & Leviton LLP as Lead Counsel and Menzer & Hill, P.A. as Liaison Counsel.[1]

In support of this Motion, Movants rely upon this Motion, the accompanying Memorandum of Law, the Declaration of Gary S. Menzer and Exhibits thereto, and the Proposed Order granting the relief requested herein.

DATED: January 17, 2012                                  Respectfully submitted,

By: /s/ Rachelle R. Bocksch

**SIMON & BOCKSCH**
Rachelle R. Bocksch
bocksch@simon-trial.com
Florida Bar No. 151823
1001 Brickell Bay Drive, Suite 2908
Miami, FL 33131
(305) 375-6500 (phone)
(954) 629-4888 (facsimile)

**MENZER & HILL, P.A.**
Gary S. Menzer (general admission pending)
Scott Adkins (admitted *pro hac vice*)
2200 NW Corporate Blvd.
Suite 406
Boca Raton, FL 33431
Telephone:  (561) 327-7200
Facsimile:  (561) 431-4611
gmenzer@menzerhill.com
sadkins@menzerhill.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Whitney E. Street

---

[1] Movants are aware of the Court's Local Rule 7.1(a)(3), which requires a movant to confer with counsel for the opposing party in a good faith manner to resolve the issues raised by the instant motion prior to filing the motion. The PSRLA specifies, however, that "any member of the purported class may move the court to serve as lead plaintiff" and specifies that motions for appointment as lead plaintiff are required to be filed no later than 60 days after the date the notice of action is first published.  *See* 15 U.S.C. § 77z-1(a)(3)(A)(i)(II).  In this case, the first notice of action was published by counsel for the Greenfield Children's Partnership on November 15, 2011, and the motions must, therefore, be filed no later than Tuesday, January 17, 2012 (the motions would be due on Monday, January 16, 2012, but the Court is closed for observance of the Martin Luther King, Jr. holiday).  Given that "any member" of the class may submit a motion on this statutory deadline, it is impossible to know in advance which class members, if any, will be moving for appointment as lead plaintiff or opposing the instant motion and, therefore, impossible to confer with these class members prior to filing the motion.  Accordingly, Movants respectfully request that the Court accept the filing of this motion as mandated by the PSLRA.

155 Federal Street, Suite 1303
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockesq.com
Jason@blockesq.com
whitney@blockesq.com

*Proposed Lead and Liaison Counsel for the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2012, I electronically filed the foregoing document with the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel listed below via transmission of Notices of Electronic Filing generated by CM/ECF:

Lewis F. Murphy (CM/ECF)
**SQUIRE, SANDERS & DEMPSEY (US), LLP**
200 South Biscayne Blvd., Suite 4100
Miami, FL 3313

*Attorneys for Defendants Imperial Capital, LLC and Ladenburg Thalman & Co., Inc.*

Tracy A. Nichols (CM/ECF)
Stephen P. Warren (CM/ECF)
**HOLLAND & KNIGHT, LLP**
701 Brickell Avenue, Suite 3000
Miami, FL 33131

*Attorneys for FriendFinder Networks, Inc.*

/s/ Rachelle R. Bocksch