## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

GREENFIELD CHILDREN'S
PARTNERSHIP, Individually and On Behalf
of All Others Similarly Situated,

          Plaintiff,

v.

FRIENDFINDER NETWORKS INC.,
LADENBURG THALMANN & CO., INC.,
IMPERIAL CAPITAL LLC, MARC H.
BELL, DANIEL C. STATON, EXRA
SHASHOUA, ANTHONY PREVITE,
ROBERT BRACKETT, ROBERT B. BELL,
BARRY W. FLORESCUE, JAMES
LACHANCE, TOBY E. LAZARUS, and
JASON SMITH,

          Defendants.

**Case No. 9:11-CV-81270**
**MIDDLEBROOKS/VITUNAC**

### DECLARATION OF GARY S. MENZER IN SUPPORT OF GREENFIELD AND SCHWARTZ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL

I, Gary S. Menzer, declare as follows:

1.      I am Managing Partner of the law firm Menzer & Hill, P.A. and am a member in good standing of the Bar of Florida. My admission to this Court is pending, as I recently passed the Southern District of Florida's Bar Exam and took the oath of admission for this Court's Bar. All that remains is for the Court to sign an order admitting me. I submit this declaration in support of Greenfield Investment Services LLC, Greenfield Children's Partnership, and David Schwartz's (collectively "Greenfield and Schwartz") Motion for Appointment as Lead Plaintiff and Approval of their Selection of Counsel.

1

2.      Attached hereto as Exhibit A are true and correct copies of the signed certifications of Greenfield Investment Services LLC and Greenfield Children's Partnership pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(2)(A).

3.      Attached hereto as Exhibit B is a true a correct copy of the signed certification of David Schwartz pursuant to the requirements of the PSLRA, 15 U.S.C. § 77z-1(a)(2)(A).

4.      Attached hereto as Exhibit C is a true and correct copy of Block & Leviton LLP's firm resume.

5.      Attached hereto as Exhibit D is a true and correct copy of Menzer & Hill, P.A.'s firm resume.

I declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of January 2012.

_____/s/ Gary S. Menzer_____
Gary S. Menzer, Esq.

2

# EXHIBIT A

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

1.    I, Ian Greenfield, as a partner of the Greenfield Childrens Partnership, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

2.    I have reviewed the facts and allegations in the complaint against FriendFinder Network, Inc. (NASDAQ: FFN) and authorize its filing by Block & Leviton LLP.

3.    I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

4.    The Greenfield Childrens Partnership's transactions in FriendFinder Network, Inc. securities during the relevant time period are as follows:

| DATE | TRANSACTION (buy or sell) | NO. OF SHARES/ADR's | PRICE PER SHARE |
|---|---|---|---|
| 5/17/2011 | Buy | 300 | 5.78 |
| 5/17/2011 | Buy | 394 | 5.77 |
| 5/17/2011 | Buy | 1806 | 5.79 |
| 5/17/2011 | Buy | 2500 | 5.71 |
| 5/17/2011 | Buy | 5200 | 5.60 |
| 6/22/2011 | Sell | 500 | 4.15 |
| 8/4/2011 | Sell | 1600 | 3.97 |
| 8/5/2011 | Sell | 1000 | 3.76 |
| 8/8/2011 | Sell | 700 | 3.52 |
| 8/8/2011 | Sell | 1300 | 3.52 |
| 8/8/2011 | Sell | 1500 | 3.55 |
| 8/8/2011 | Sell | 500 | 3.56 |
| 8/22/2011 | Sell | 1500 | 2.74 |
| 8/23/2011 | Sell | 2200 | 2.90 |

5.    I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

6.    During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

7.    I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury this 11ᵗʰ day of November 2011.

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

1.     I, _IAN GREENFIELD_____, on behalf of Greenfield Investment Services LLC, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

2.     I have reviewed the facts and allegations in the complaint against FriendFinder Networks, Inc. (NASDAQ: FFN).

3.     I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

4.     My transactions in FriendFinder Networks, Inc. common stock in or traceable to the May 11, 2011 offering are as follows:

| DATE | TRANSACTION (buy or sell) | NO. OF SHARES/ADR's | PRICE PER SHARE |
|------|---------------------------|---------------------|-----------------|
| May 11, 2011 | Buy | 36,000 | $10.00 |
| June 6, 2011 | Buy | 7,500 | $5.01 |
| June 7, 2011 | Sell | 29,500 | $5.98 |
| August 29, 2011 | Sell | 4,000 | $3.00 |
| August 31, 2011 | Sell | 400 | $3.25 |
| Sept. 15, 2011 | Sell | 9,600 | $2.57 |
|  |  |  |  |

5.     I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

6.     During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

7.     I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury this _24th_ day of _DECEMBER_ 2011.

# EXHIBIT B

**PLAINTIFF'S CERTIFICATION OF SECURITIES
FRAUD CLASS ACTION COMPLAINT**

1.    I, David Schwartz, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

2.    I have reviewed the facts and allegations in the complaint against FriendFinder Networks, Inc. (NADAQ: FFN) and authorize this filing by Block & Leviton LLP.

3.    I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

4.    My transactions in FriendFinder Networks, Inc. common stock in and subsequent to the May 11, 2011 offering are as follows:

| DATE | TRANSACTION (buy or sell) | NO. OF SHARES/ADR's | PRICE PER SHARE |
|---|---|---|---|
| 5/11/2011 | Buy | 3,000 | $10.00 |
| 6/14/2011 | Buy | 6,000 | $4.12 |
| 6/16/2011 | Buy | 4,600 | $4.26 |
| 7/11/2011 | Buy | 3,000 | $4.45 |
| 7/25/2011 | Sell | 2,000 | $5.09 |
| 7/27/2011 | Buy | 6,030 | $4.44 |

5.    I did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

6.    During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

7.    I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury this 17 day of ___January___ 2012.

_____
David Schwartz

# EXHIBIT C

## BLOCK & LEVITON LLP

### ATTORNEYS AT LAW

#### Firm Resume

The attorneys of Block & Leviton have successfully prosecuted class and private actions on behalf of individual and institutional investors, recouping over $1 billion in losses and effectuating strong corporate governance reforms. We have a proven track record of prevailing under adverse conditions, including obtaining recoveries on behalf investors in bankrupt companies, foreign-based corporations, and alleging claims under less well-known provisions of the federal securities laws. Our attorneys also have considerable experience representing clients in general commercial litigation matters, including contract disputes, trademark and trade secret litigation, regulatory actions, and commercial arbitrations. Most recently, the Firm was appointed as Co-Lead Counsel in *In re Yahoo! Shareholders Litigation*, Case No. 7082-VCG (Del. Ch.) and *In re Blue Coat Systems, Inc. Shareholder Litigation* (Del. Ch.). Likewise, Block & Leviton represents the State of Ohio Pension Funds in the *In re BP plc Securities Litigation* stemming from the largest oil spill in United States history.

Senior partner Jeffrey C. Block has more than 25 years of experience in highly complex multi-party litigation and has recovered well in excess of $1 billion on behalf of his clients. Jason M. Leviton also has considerable experience representing clients in complex litigation and has secured more than $200 million for shareholders. The Firm's associates are also highly accomplished attorneys with valuable and diverse backgrounds.

155 FEDERAL STREET, SUITE 1303  |  BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617.398.5600  |  www.blockesq.com  |  FASCIMILE: 617.507.6020

1

**Securities Class Action Litigation.** Block & Leviton represents shareholders who were defrauded into making certain investment decisions. Block & Leviton's attorneys have considerable experience in representing these investors in individual and shareholder class actions. Our attorneys have litigated many major class actions against foreign and domestic corporations, including against Xerox Corporation ($750 million recovery); Bristol Myers Squib ($300 million recovery); Lernaut & Hauspie Speech Products ($180 million); Symbol Technologies ($103 million recovery); Philip Services Corp. ($79.5 million); and VeriSign ($78 million recovery).

**Stock Broker Litigation and Arbitration.** Although most stock brokers act prudently on behalf of their clients, all too often there are instances where a stock broker acts improperly. For example, stock brokers have been known to "churn" their clients' accounts (i.e., engage in excessive trading), engage in imprudent investments on behalf of their clients, fail to follow proper investment guidelines and criteria, and – in some instances – to engage in outright theft and embezzlement of client funds. Block & Leviton is dedicated to seeking recovery on behalf of clients who have suffered a loss due to their broker's improper conduct.

**Corporate Governance and Shareholder Rights Litigation.** As a shareholder, your company's Board of Directors and officers owe you certain fiduciary duties. Those duties can be breached in numerous ways, from failing to properly manage and oversee the affairs of the company, to putting the directors' and officers' personal interests ahead of the company's. Often this conduct includes an attempt to sell the company at an unfair price and/or through an unfair process. Block & Leviton has extensive experience in representing investors in enforcing their rights as shareholders in this context, including claims involving the Canadian Bank of Commerce (CIBC), Intel Corporation, OSI Pharmaceuticals, Inc., Exco Resources, Inc., and Airgas, Inc.

**Commercial Litigation.** The attorneys at Block & Leviton have handled numerous complex litigation matters in both state and federal courts throughout the country, in areas ranging from contract disputes, trademark and trade secret litigation, regulatory actions, and commercial arbitrations. Our attorneys have represented clients from numerous industries including: financial services, national defense, telecommunications, commercial real estate, energy, employment, and computer software.

**Institutional Investors.** Block & Leviton's attorneys have considerable experience in representing and advising institutional investors in shareholder litigation. The Firm's attorneys have represented, among others: the State of Ohio Pension Funds, the PRIM Board in Massachusetts, the New York State Common Retirement System, the Oklahoma Police, Oklahoma Fire and Oklahoma Teachers' Pension Systems, the State Universities Retirement System of Illinois, the Illinois Municipal Retirement System, the Chicago Laborers Pension System, the Louisiana State Teachers and Municipal Employment Systems, the State of Michigan Retirement Systems, the Wyoming Retirement System, and the Wyoming State Treasurer's Office. We have considerable experience advising institutional investors on whether and when to seek appointment as lead plaintiff, whether to opt out of an existing class action, and litigating cases on their behalf and engaging in settlement negotiations.

**Consumer Advocacy.** Block & Leviton LLP represents consumers in state and federal courts nationwide, challenging abusive corporate practices that defraud or take advantage of consumers. Our advocacy on behalf of consumers and small business owners includes fighting fraudulent mortgage practices, seeking restitution for deceptive pricing schemes and combatting unconscionable servicing fee arrangements.

**Employment Litigation.** The attorneys at Block & Leviton, drawing on their expertise in handling complex class actions in both state and federal courts throughout the country, are representing employees in disputes concerning the failure to pay overtime wages and the misclassification of employees as independent contractors. Many companies misclassify workers as independent contractors to avoid paying benefits, overtime wages, workers compensation and certain taxes.

Our Attorneys

## Jeffrey C. Block

Mr. Block is a co-founding partner of Block & Leviton LLP. His career spans more than twenty five years and he is one of the nation's preeminent securities class action attorneys. Throughout his career, Mr. Block has a vast and wide range of experience in representing institutional and individual investors in shareholder actions. Mr. Block has also appeared as a panelist on numerous presentations concerning shareholder and class actions.

Mr. Block began his career in 1987 at one of New York's oldest firms representing shareholders in class and derivative litigation. Mr. Block gained valuable experience in representing investors in class actions, most notably the *In re First Executive Corp. Securities Litig.*, 89-cv-7135 (C.D. Cal.) which involved allegations and claims that Michael Milken and Drexel Burnham Lambert engaged in securities fraud concerning a massive insider trading scheme, with the officers and directors of First Executive. The action ultimately settled for $100 million. Mr. Block was also the senior associate representing investors in the *In re National Health Laboratories Sec. Litig.*, 92-cv-1949 (S.D. Cal.), which settled for $64 million in 1994.

Mr. Block then became a partner in Boston's largest firm representing investors in shareholder class and derivative litigation. Mr. Block has represented institutional Investors such as the Massachusetts Pension Reserve Investment Management Board (PRIM), the State of Michigan Retirement Systems, the Ohio Public Employees Retirement System, the Ohio State Teachers Retirement System, the School Employees Retirement System of Ohio, the Ohio Police & Fire Pension Fund, the Oklahoma Police Pension and Retirement System, the Oklahoma Firefighters Pension Plan, and the Chicago Laborers Employees Retirement System, among others. While at his former firm, Mr. Block chaired the firm's New Case Investigations Team and functioned as the head of its securities litigation practice.

Among the cases he either led, or played a significant role in, at his prior firm were, among others: *In re Xerox Corp. Sec. Litig.*, 3:00-cv-01621 (D. Conn.) (settled for $750 million); *In re Bristol Myers Squib Sec. Litig.*, 02-cv-2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig.*, 1:00-cv-11589 (D. Mass.) (which settled for $180 million); *In re Symbol Technologies Sec. Litig.*, 2:02-cv-0183 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty Corp. Sec. Litig.*, 3:99-cv-0452 (M.D. Tenn.) (settled for over $100 million); *In re Philip Services Corp. Sec. Litig.*, 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); and *In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.) (settled for $50.5 million).

In the *Philip Services* securities litigation, Mr. Block was successful in persuading the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of *forum non conveniens. See Dirienzo v. Philip Services Corp.*, 294 F.3d 21 (2d. Cir. 2002). Upon reversal, Mr. Block led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled as among the largest recoveries ever in a securities action from a Canadian accounting firm. Mr. Block's skills were discussed in great lengths by the court, specifically noting that counsel "pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel persisted, notwithstanding an adverse decision of the district court ... and through multiple stages of the appellate process. The bankruptcy of the issuer during the course of the proceedings created additional risks and uncertainties .... Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. ... And they did their work efficiently, with minimal duplication, and maximum effectiveness. As I held [previously] ... the three settlements ... achieved fair and substantial results for the several sub-classes benefiting from the $79,750,000 settlement." *In re Philip Servs. Corp. Sec. Litig.*, 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007).

In the *Lernout & Hauspie Sec. Litig.* Mr. Block was the lead attorney in securing over $180 million for defrauded investors. The action involved an accounting fraud of a company headquartered in both the United States and Belgium. Mr. Block was also instrumental in persuading the Belgian prosecutor to allow plaintiffs' counsel to review the evidence the prosecutor had seized. In addition, Mr. Block led the effort to have the United States Court of Appeals affirm an anti-suit injunction entered by the District Court which prevented the Belgian courts from entering orders interfering with the prosecution of the lawsuit. *Quaak v. Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren*, 361 F.3d 11 (1st Cir. 2004). Mr. Block also successfully argued against dismissal of plaintiffs' claims under Rule's 10b-5(a) and (c) for a third-party's scheme liability for participating in the fraud.

In approving the $24 million fee in *In re Force Protection Sec. Litig.*, 2:08-cv-845 CWH (D.S.C.), the Court specifically said of Mr. Block that "I have, however, been involved in the selection of the attorneys and, in that process, I was careful to choose attorneys who have great ability [and] great reputation . . . And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit . . ."

Mr. Block recently represented the Louisiana Municipal Police Employees Retirement System in a derivative action against the senior officers and directors of Intel Corporation. *See In re Intel Corp. Derivative Litigation*, 09-cv-00867 (D. Del.). The action stemmed from Intel's multi-billion settlements and fines with regard to its alleged anti-trust violations. As part of the settlement, Mr. Block and his colleagues required Intel to significantly improve its oversight of its antitrust compliance and practices, which improved Intel's overall corporate governance practices. In approving the settlement, the Court specifically noted that the corporate governance changes achieved through the litigation were "reflective of a substantial benefit rendered to the Company by the efforts of counsel."

Mr. Block is a frequent lecturer and panelist on securities litigation and class action matters, including, among others, participation at an ALI-ABA Conference for Insurance and Financial Services Industry Litigation in July 2009 on the scope and limitations on class actions; as a panelist sponsored by Law Seminars International at the Harvard Club entitled "Damages in Securities Litigation"; and he spoke at Harvard Law School's Capital Matters conference on "Litigation to Remedy Meltdown Damages: What Can Be Gained?". Mr. Block has also appeared as a guest commentator on CNBC.

Mr. Block received his B.A. from the State University of New York at Albany (*cum laude* 1983) and his J.D. from Brooklyn Law School (*cum laude* 1986). He is admitted to the courts of the States of New York and Massachusetts, the Federal District Courts of New York, Massachusetts, the First, Second and Third Circuit Courts of Appeal and the United States Supreme Court.

## Jason M. Leviton

Mr. Leviton is a co-founding partner of Block & Leviton LLP and focuses his practice on investor protection and shareholder rights matters. He is also the co-chair of the Firm's New Case Investigation Team. After receiving his law degree from the Gonzaga School of Law (*cum laude*, Editor of the International Law Journal, member of the Moot Court Council), Mr. Leviton attended the Georgetown University Law Center and received a Master's of Law (LL.M.) in Securities and Financial Regulation (Dean's Award, 1of 6). While attending Georgetown, he was the inaugural LL.M. student selected for an externship with the Securities and Exchange Commission, Enforcement Division, in Washington, D.C. Mr. Leviton is currently a member of the Association of Securities and Exchange Commission Alumni.

Mr. Leviton has dedicated his practice to upholding shareholder rights. Prior to forming Block & Leviton, he was an attorney at two of the preeminent securities class action firms in the nation and worked on behalf of numerous institutional and individual investors. For instance, Mr. Leviton represented several State of

4

Ohio Pension Funds against BP following the largest oil spill in United States history (*In re BP plc Securities Litigation*, 10-cv-2185 (S.D.Tex.)). He was also instrumental in recovering $10.5 million in the *Welmon v. Chicago Bridge & Iron*, 06-CV-01283, securities class action litigation. In that case, Mr. Leviton represented Fortis Investments, a major European asset management company and, in addition to the monetary settlement, was able to institute numerous corporate governance changes at the company. In granting the *Chicago Bridge & Iron* settlement, the Honorable John Sprizzo stated that "Plaintiffs' Counsel have conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy." *Chicago Bridge & Iron*, 06-CV-01283 (June 3, 2008). Moreover, in the *Ong v. Sears Roebuck & Co.*, 03 C 4142 (N.D. Ill.), securities class action, Mr. Leviton represented the State Universities Retirement System of Illinois (SURS) and helped settle the action for $15.5 million. He also represented the Iowa Public Employees' Retirement System, the Policemen's Annuity & Benefit Fund of Chicago, the Central States, Southeast and Southwest Areas Pension Fund in the securities class action against MF Global that recently settled for $90.0 million. *See Rubin v. MF Global, LTD., et al.*, 08-cv-02233 (S.D.N.Y.). Likewise, he was a member of the *In re VeriSign Securities Litigation*, C-02-2270 (N.D. Cal.) team that recovered more than $78.0 million for investors. Furthermore, Mr. Leviton represented the Oklahoma Firefighter's Pension and Retirement System in *In re Smith & Wesson Corp. Securities Litigation*, 07-cv-30238 (D. Mass.). He has also litigated and settled cases involving SourceCorp, Inc., 04-cv-02351 (N.D. Tex.) (settled for $3.0 million), Xybernaut Corporation, 05-cv-01705 (E.D.Va) (settled for $6.3 million), and Mid-American Waste Management, C-2-97-449 (S.D. Ohio) (settled for $7.5 million).

Mr. Leviton also has considerable experience litigating cases involving mortgage-backed securities (MBS) and other toxic assets. For example, he represented the Wyoming State Treasurer's Office and the Wyoming Retirement System in the *In re IndyMac Mortgage-Backed Securities Litigation*, 09-Civ.-04583 (S.D.N.Y.), and SURS in an action involving General Electric (*In re General Electric Securities Litigation*, 09-cv-0195 (S.D.N.Y.)). Similarly, he represented the Oklahoma Police Pension and Retirement System and the Municipal Police Employees' Retirement System of Louisiana in the *In re BankUnited Financial Corp. Securities Litigation*, 08 CIV 22572 (S.D. Fla.) action that recently settled for $3.0 million.

In addition to his class action experiences, Mr. Leviton has litigated other forms of complex litigation. For instance, he worked with a former State of New York Attorney General in the defense of an attorney accused of insider trading, which included a criminal referral to the United States Department of Justice. He was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba.

Mr. Leviton is a frequent commentator and author on issues relating to the federal securities laws and corporate governance issues. For example, he has been a recurring guest on *Rights Radio*, including programs entitled "*Stock Fraud: How to Get A Portion of Your Money Bank*" and "*Protecting Shareholder Rights Through Civil Prosecutorial Litigation.*" He was also interviewed and quoted by *Securities Law360* in an article entitled "*CB&I Settles Securities Class Action for $10 million*". Likewise, he was the primary author of SEC Litigation Release No. 18638, "*SEC Charges Cedric Kushner Promotions and Three of its Officers and Directors with Fraud; Chairman and Principal Financial and Accounting Officer Charged with Filing False Certifications Required by the Sarbanes-Oxley Act of 2002*" and was acknowledged for contribution in a Nebraska Law Review article entitled, "*After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Corporate Scandals.*" Mr. Leviton was also invited to speak with Georgetown University Law Center students on issues arising when prosecuting securities class action lawsuits.

Mr. Leviton has always been active in his community as well. For example, he tutored at-risk children, volunteered at several Rotary Club fundraising events, and participated with the Kiwanis Club's Mentally Challenged Adults Program. He was also an Election Supervisor for the 2008 U.S. Presidential Election and the 2010 Mid-Term Elections.

Mr. Leviton is admitted to the Bars of Massachusetts and the District of Columbia and is on voluntary inactive status for the Bars of Washington State and Florida. He is also a member of the District of Massachusetts, District of the District of Columbia, and Western District of Washington federal courts.

### Scott A. Mays

Named a 2011 "Rising Star" by *Massachusetts Super Lawyers* as one of the top attorneys in the Commonwealth, Mr. Mays centers his practice on protecting shareholder rights. He received his law degree from Northeastern University School of Law (Merit Scholar; Teacher's Assistant) and his B.A. from Boston University.

Mr. Mays has represented shareholders in a variety of securities fraud matters as well as derivative and transactional cases. In *In re IndyMac Securities Litigation*, 09-Civ.-04583 (S.D.N.Y.), he represented both the Wyoming State Treasurer's Office and the Wyoming Retirement System in an action against IndyMac Bank and various underwriters of several mortgage-backed securities totally tens of billions of dollars. In addition, Mr. Mays represented the Louisiana Municipal Police Employees' Retirement System (MPERS) in the *In re Intel Corp. Derivative Litigation*, 09-cv-00867 (D. Del.), where he helped obtain over 40 separate corporate governance reforms.

Mr. Mays has also been very active litigating cases involving mergers and acquisitions of publicly-traded companies. For instance, he represented MPERS in *Louisiana Municipal Police Employees' Retirement System v. Airgas, Inc.*, C.A. No. 5264 (Del. Ch.), arguing that the company's directors failed to fulfill their fiduciary obligations regarding a potential takeover offer. Likewise, Mr. Mays worked on behalf of MPERS in the OSI Pharmaceutical litigation captioned *Louisiana Municipal Police Employees' Retirement System v. Ingram, et al.*, C.A. No. 5318 (Del. Ch.). His efforts led to a higher per share recovery for OSI Pharmaceuticals, Inc. shareholders.

In addition to securities litigation, Mr. Mays has represented clients in commercial litigation, intellectual property litigation, and regulatory matters. He began his career practicing civil litigation at Skadden, Arps, Slate, Meagher & Flom, LLP, and then Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., two of the largest and most preeminent defense firms in the nation. Immediately prior to joining Block & Leviton LLP, he litigated securities cases on behalf of shareholders at a prominent Boston-based securities class action firm.

Before practicing law, Mr. Mays served as a judicial intern for Magistrate Judith G. Dein of the United States District Court for the District of Massachusetts. In addition, he held an internship with the Massachusetts Department of Public Health.

Mr. Mays is also very active in the community. As an avid athlete, he raised significant funds for *Playworks Boston* while running in the 2011 Boston Marathon. He is also a part-time coach for the SCORE Boston youth hockey program. Mr. Mays is active in the Massachusetts legal community as well, serving as a board member of the Massachusetts Black Lawyers Association, and co-chair of the Boston Bar Association's Litigation Section Pro Bono Committee.

Mr. Mays is admitted to practice in the Commonwealth of Massachusetts, the U.S. District Court for the District of Massachusetts, and the U.S. Court of Appeals for the Third Circuit.

### Whitney E. Street

As a Senior Associate at Block & Leviton, Ms. Street focuses her practice on investor protection issues. She received her training at prominent litigation boutiques in New York and Boston where she represented

clients in securities and antitrust class actions. She also was an associate at Pillsbury Winthrop Shaw Pittman, one of the biggest law firms in California.

Ms. Street has represented some of the nation's largest pension funds, working to protect the retirement savings of public employees. For example, Ms. Street was the lead associate representing the Michigan Pension Funds in the securities litigation arising from the 2008 collapse of Bear Stearns (*In re Bear Stearns Companies, Inc. Securities Litigation*, 08-md-1963 (S.D.N.Y.)). She was also part of the litigation team representing the Ohio Pension Funds in the securities fraud case stemming from the catastrophic BP oil spill in the Gulf of Mexico (*In re BP plc Securities Litigation*, 4:10-md-02185 (S.D.Tex.)). In addition, Ms. Street has represented individual investors. For instance, she was an integral part of the litigation team in *Riggs, et al. v. Genzyme Corp. et al.* 03-civ-4014 (S.D.N.Y.), which resulted in a $64 million settlement. She also has experience investigating and litigating merger and acquisition cases, such as the case brought against officers and directors of the 99¢ Only Stores in connection with an unlawful scheme to acquire the company for grossly inadequate consideration. *See Norfolk County Ret. Board v. Jeff Gold, et al.*, BC 457940 (Cal.)

Ms. Street's class action experience also includes representation of consumers in antitrust litigation, including *Air Cargo Shipping Services Antitrust Litigation*, 06-md-1775 (E.D.N.Y.) (settlements totaling more than $270.0 million); *In re: Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*, 3:03-md-1542 (D. Conn.) (partial settlements totaling $87.0); *In re: Methyl Methacrylate (MMA) Antitrust Litigation*, 06-md-01768 (E.D. Pa.) (settled for $15.0 million); and *In re: Hydrogen Peroxide Antitrust Litigation*, 05-civ-666 (E.D. Pa.) (partial settlements totaling more than $4.0 million).

Ms. Street received her B.A. in Economics and Literature from the University of Virginia and her J.D. from the University of Virginia School of Law School. She is admitted to the courts of the States of Texas, New York, California and Massachusetts. She is also admitted to the United States District Courts for the Southern District of New York, the Eastern District of New York and the District of Massachusetts and is a member of the Massachusetts Bar Association.

## Mark Alan Delaney

Mr. Delaney is a senior associate at Block & Leviton, where he focuses his practice on investor and consumer protection issues   He has extensive experience in securities litigation and worked for five years as an associate at Wilmer Hale LLP, where he was a core member of the securities litigation and enforcement practice group.

Mr. Delaney has championed the rights of investors in a variety of class actions, such as *State Street Bank & Trust Co. ERISA Litigation*, 07-Civ-8488; 08-MD-1945 (S.D.N.Y.), where he was part of a litigation team which successfully recovered $89.75 million for pension funds who were improperly exposed to risky subprime investments. Mr. Delaney is currently a lead associate  representing Ohio Pension Funds in the securities class action *In re BP plc Securities Litigation*, 4:10-md-02185 (S.D. Tex), where he is working to recover investor losses related to the catastrophic explosion on the Deepwater Horizon oil rig and the resultant, massive oil spill in the Gulf of Mexico.

Mr. Delaney's also has significant experience representing small businesses and consumers in matters involving illegal price-fixing conspiracies and Sherman Act violations. including in *Air Cargo Shipping Services Antitrust Litigation*, 06-md-1775 (E.D.N.Y) (more than $270 million recovered due to price fixing of fuel surcharges for freight transportation) and in *Online DVD Rental Antitrust Litigation*, 09-2029 (N.D. Cal.) (partial settlement of $27 million recovered for consumers affected by conspiracy to eliminate competition in the market for online DVD movie rentals).

7

In addition to class action litigation, Mr. Delaney has represented clients in a broad range of matters, including complex commercial litigation and intellectual property litigation. He is also experienced in alternative dispute resolutions and has represented clients in arbitration proceedings involving both the earn-out rights and the indemnification rights of corporate officials.

Mr. Delaney received his B.A. from Tulane University in New Orleans, Louisiana, where he graduated *summa cum laude*. He graduated *magna cum laude* from Boston University School of Law and was a G. Joseph Tauro Distinguished Scholar. Mr. Delaney is admitted to the Bar of Massachusetts and the U.S. District Court for the District of Massachusetts.

## Steven P. Harte

Steven Harte is an attorney at Block & Leviton, where he focuses his practice on securities litigation and consumer protection issues. Prior to joining Block & Leviton, Mr. Harte worked at Choate Hall & Stewart, LLP as an associate, where he was a core member of the litigation and government enforcement practice groups. He began his career in the New York office of Jones Day.

Mr. Harte is currently representing Ohio Pension Funds in the securities class action *In re BP plc Securities Litigation*. 4:10-md-02185 (S.D. Tex), where he is working to recover investor losses related to the catastrophic explosion and subsequent massive oil spill in the Gulf of Mexico.

In his decade of practice prior to joining Block & Leviton, Mr. Harte served as lead associate in a number of class actions as well as major government investigations. He worked on the *Enron* securities litigation, as well as class action lawsuits involving R.J. Reynolds Tobacco, including *Schwab v. Phillip Morris et al.*, No. 04-CV-1945. His government enforcement experience includes representation of a Fortune 100 pharmaceutical company in complex, multi-year federal grand jury investigation into sales and marketing practices.

In addition to class action litigation, Mr. Harte has represented clients in a broad range of matters, including complex commercial litigation and intellectual property litigation. He has represented businesses from the start up level through the Fortune 100.

Mr. Harte received his B.S. from Cornell University and was awarded his J.D. from the University of Pennsylvania Law School, where he was a Senior Editor of the Journal of Constitutional Law. While at the University of Pennsylvania Law School, he also earned a Certificate of Study in the areas of Business Management and Public Policy from the Wharton School of Business. Mr. Harte is admitted to the Bars of Massachusetts and New York, along with the U.S. District Courts for the Eastern District of New York and the Southern District of New York.

## Michelle R. McNamara

Michelle McNamara is an attorney at Block & Leviton, representing the Ohio Pension Funds in the securities class action *In re BP plc Securities Litigation*, 4:10-md-02185 (S.D. Tex). Prior to joining Block & Leviton, she worked as an associate at Goodwin Procter, LLP, a preeminent national law firm. She focused her practice at Goodwin Procter on complex commercial litigation, with an emphasis on intellectual property litigation and on the defense of financial institutions in consumer class actions, complex business litigation, and regulatory compliance issues.

For example, Ms. McNamara recently represented People's United Bank in *Patco Construction Company, Inc. v. People's United Bank*, 2:09-cv-00503 (D. Me.), a case of first impression involving an online security breach by third party cyber-criminals, where she helped obtain summary judgment in favor of the bank.

Ms. McNamara also represented Applied Materials, Inc., a semiconductor manufacturing company, in *Applied Materials, Inc. vs. Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., et al.*, C07 05248 (N.D. Cal.), a complex cross-border intellectual property dispute, where she helped obtain a favorable settlement for the company. In addition, she has represented national banks and mortgage lending companies in fair lending and predatory lending-based nation-wide class actions involving the Truth in Lending Act, the Equal Credit Opportunity Act (ECOA), the Fair Housing Act (FHA), and the Civil Rights Act.

Ms. McNamara has written and presented on a variety of topics, including "Section 271(f): Liability under the Patent Laws For Export of Components From the United States" and "Recent Developments in Patent Law and their Impact on Litigation." She is the author of the article "CED Report Recommends 'Openness' to Promote Innovation," in World Copyright Law Report (2006), and is a contributing author of "International Intellectual Property," a chapter of International Corporate Practice: A Practitioner's Guide to Global Success, published by the Practicing Law Institute.

Before practicing at Goodwin Procter LLP, Ms. McNamara served as a judicial clerk for the Honorable Susan J. Calkins of the Maine Supreme Judicial Court. In addition, she held an internship with the Children's Law Center of Massachusetts.

Ms. McNamara received her B.A. in Psychology and Policy Studies from Syracuse University and her J.D. from the University of Virginia School of Law School in 2004. She is admitted to practice in the Commonwealth of Massachusetts and before the U.S. District Court for the District of Massachusetts, and is admitted *pro hac vice* in various District and Circuit Courts.

EXHIBIT D

## MH MENZER & HILL, P.A.
### STATEMENT OF QUALIFICATIONS

The Securities Law Firm of Menzer & Hill, P.A. (the "Firm") devotes its practice to the arbitration and litigation of securities-related matters. To that end, the Firm concentrates its practice on assisting aggrieved investors who have lost money with investments that failed because of fraud, negligence, mismanagement, or other misconduct by broker-dealers, stockbrokers, and other investment advisors and professionals.

The Firm's attorneys offer over thirty years' (30) combined experience in the securities brokerage industry, and now represent clients in arbitrating and litigating complex securities-related matters, including securities class and individual actions in state and federal court; arbitrations through the Financial Industry Regulatory Authority ("FINRA"); and regulatory investigations and enforcement actions at the state and federal level.

**Michael S. Hill**
**Co-Founding Partner**
Michael Hill's securities industry expertise is rooted from his experience as a licensed stock broker and insurance agent, and later, as a brokerage executive. As a brokerage executive, Mr. Hill served as Chief Compliance Officer for two publicly-traded broker-dealers, the last of which also as Chief Counsel. The Chief Compliance Officer is a FINRA-mandated position with the responsibilities of enforcing industry rules and regulations and being overall responsible for broker and broker-dealer conduct in dealing with investors. Though most brokers were compliant, Mr. Hill experienced and had to handle many instances when brokers had crossed the line and investors suffered financial loss, as a result. As an attorney with that unique experience, Mr. Hill changed sides and now represents investors.

Mr. Hill, who focuses his practice in securities arbitration and litigation, earned his bachelor's degree in mechanical engineering and officer's commission in the U.S. Army from the United States Military Academy at West Point, New York, in 1990. Later, after many years' experience in the securities brokerage industry, Mr. Hill earned his Juris Doctor from Nova Southeastern University, Shepard Broad Law Center, where he earned top awards for his performance in Securities Regulation & Corporations course work.

Mr. Hill is admitted to practice law in Florida and arbitration nationwide and overseas, has extensive experience in securities arbitration, has handled many cases, having served as a FINRA arbitrator, panel chairman, and as counsel and representative for brokerage firms.

Mr. Hill is also frequent guest speaker on securities arbitration at Nova Southeastern University, Shepard Broad Law Center's Alternative Dispute Resolution Clinic and has served on several compliance and regulatory conference panels with FINRA and industry trade conventions. Mr. Hill has held series 3, 4, 7, 9, 10, 14, 24, 53, 55 and 63 registrations, is also a Certified Financial Planner, Certified Anti-Money Laundering Specialist, and an inactive US Army reservist with the current rank of Lieutenant Colonel.

**Gary S. Menzer**
**Co-Founding Partner**
Gary S. Menzer received his bachelor's degree from the University of Central Florida and his Juris Doctor from St. Thomas University School of Law. Mr. Menzer began his career with Morgan Stanley as a financial advisor and later as a hedge fund trader. Mr. Menzer has held series 7, 31, 55 and 63 registrations. Prior to becoming a Founding Partner in Menzer & Hill, Mr. Menzer served as Vice President and Corporate Counsel for a publicly-traded broker-dealer. Having served as Corporate Counsel, Mr. Menzer brings a truly unique perspective and understanding of how broker-dealers defend against arbitration claims as well as an understanding of the

2200 NW CORPORATE BLVD
SUITE 406
BOCA RATON, FLORIDA 33431
www.menzerhill.com

SECURITIES ATTORNEYS AT LAW

561-327-7206 local
888-923-9223 toll free
561-431-4611 facsimile
info@menzerhill.com

insurance and liability these brokerage firms face.  Mr. Menzer focuses his practice in securities arbitration and litigation.  He also handles employment cases in the securities industry, as well as regulatory inquiries and investigations by FINRA, on behalf of brokers and financial advisors.  Mr. Menzer is admitted to practice law in Florida and arbitration nationally.

**Scott L. Adkins***
**Senior Attorney**
At Menzer & Hill, Mr. Adkins focuses on arbitrations and class actions for defrauded investors, as well as derivative and fiduciary litigation in corporate matters.  Mr. Adkins comes to Menzer & Hill with over a decade's broad experience across a wide spectrum of complex securities and corporate litigation and arbitration matters, obtained at some of the nation's most renowned law firms.

Upon graduation with honors from The George Washington University Law School in 1997, Mr. Adkins served as law clerk to The Honorable Daniel T.K. Hurley.  Later, Mr. Adkins clerked on the U.S. Court of Appeals for the Sixth Circuit for The Honorable Alice M. Batchelder.

In addition to his clerkships, Mr. Adkins practiced with some of the nation's largest and most prestigious corporate law firms, including Skadden Arps Slate Meagher & Flom and O'Melveny & Myers.  At Skadden Arps and O'Melveny, Mr. Adkins worked on several high profile securities litigation matters, where hundreds of millions (and sometimes, billions) of dollars were at stake.

After Skadden Arps, Mr. Adkins joined the predecessor firm of Robbins Geller, the largest plaintiffs' class action firm in the country, where Mr. Adkins routinely ran large securities class actions and regularly appeared in federal district and appellate courts around the country on behalf of defrauded investors.  With the recent decline in securities class actions filings, Mr. Adkins turned to securities arbitrations and prevailed against one of the largest independent broker-dealers in America for its involvement in two multi-hundred million dollar Ponzi schemes, leading to substantial settlements for investors.

Mr. Adkins is a former United States Marine, who is admitted to practice only in California, Delaware, the District of Columbia, and in every federal appellate circuit in the United States, as well as numerous federal district courts throughout the country.  Additionally, Mr. Adkins is a member of the Public Investors Arbitration Bar Association ("PIABA"), an organization of attorneys who primarily represent aggrieved investors against broker-dealers, stock brokers, and other financial and investment professionals.

*Mr. Adkins is not currently admitted in Florida.

2200 NW CORPORATE BLVD
SUITE 406
BOCA RATON, FLORIDA 33431
www.menzerhill.com

SECURITIES ATTORNEYS AT LAW

561-327-7206 local
888-923-9223 toll free
561-431-4611 facsimile
info@menzerhill.com