UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81270-CIV-MIDDLEBROOKS/JOHNSON



GREENFIELD CHILDRENS
PARTNERSHIP, Individually and On
Behalf of All Others Similarly
Situated,

      Plaintiff,

v.

FRIENDFINDER NETWORKS,
INC., LADENBURG THALMANN &
CO., INC., IMPERIAL CAPITAL
LLC, MARC H. BELL, DANIEL C.
STATON, EZRA SHASHOUA,
ANTHONY PREVITE, ROBERT
BRACKETT, ROBERT B. BELL,
BARRY W. FLORESCUE, JAMES
LACHANCE, TOBY E. LAZARUS,
and JASON SMITH,

      Defendants.
_____/

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court upon Defendants' Unopposed Motion for Extension of Time to File its Response to Plaintiff's Complaint (DE 25) ("Motion"), filed January 19, 2012. I have reviewed the Motion and the file in this case, and am otherwise advised in the premises.

Previously, on December 22, 2011, I denied Defendants' request to be excused from filing a Response to Plaintiff's Complaint because the Parties stated that once I appointed a lead Plaintiff, pursuant to the procedural requirements of the Private Securities Litigation Reform Act, the lead Plaintiff *may* file an Amended Complaint. Now that the time to file a Motion to Appoint Lead Plaintiff has passed, Defendants represent that the only Plaintiffs who filed a Motion to be Appointed Lead Plaintiff all represented they "will

file an Amended Complaint" once the Court appoints a lead Plaintiff. (*See* DE 25 at 2-3).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Unopposed Motion for Extension of Time to File its Response to Plaintiff's Complaint (DE 25) is **GRANTED IN PART.** Defendants shall file their Response to Plaintiff's Amended Complaint within the time period set forth in the Federal Rules of Civil Procedure. At this time, I will not determine the time period within which I will require the lead Plaintiff to file its Amended Complaint.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 23 day of January, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record